**Order entered January 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01116-CR

### ARNOLDO MEDINA, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-83961-2017**

## ORDER

Before the Court is the State's objection to improper supplementation of the appellate record. We treat this objection as a motion to strike the supplemental clerk's record filed on April 21, 2020. At our request, the District Clerk has certified that the emails attached to the letter file marked on April 20, 2020 were not part of the trial court's record prior to April 20, 2020. *See Mullins v. Mullins*, 202 S.W.3d 869, 873 (Tex. App.—Dallas 2006, pet. denied). We **GRANT** the State's motion

and **ORDER** the supplemental clerk's record filed on April 21, 2020 stricken from the record in this case.

/s/      ERIN A. NOWELL
JUSTICE